# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-01257-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Ramon Navarro Lupercio ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.

This action was initiated in the Sacramento Division of the United States District Court for the Eastern District of California on August 12, 2021. (ECF No. 1.) The action was transferred to the Fresno Division on August 19, 2021. (ECF No. 4.) Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, together with a certified copy of his inmate trust account statement, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure**

**to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 20, 2021**                    /s/ Barbara A. McAuliffe            
                                                                    UNITED STATES MAGISTRATE JUDGE