UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>  Defendants. | No. 1:21-cv-01257-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR THE FAILURE TO STATE A COGNIZABLE CLAIM AND AS FRIVOLOUS<br><br>(Doc. No. 19) |

Plaintiff Ramon Navarro Lupercio is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 23, 2021, the assigned magistrate judge screened the first amended complaint and issued findings and recommendations recommending that this action be dismissed, with prejudice, for failure to state a cognizable claim and as frivolous pursuant to 28 U.S.C. § 1915(e). (Doc. No. 19.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 5.) The deadline for plaintiff to file objections has now expired.

Although plaintiff did not file objections, he filed what appear to be a motion to dismiss his prior conviction, (Doc. No. 20), and a motion for a jury trial, (Doc. No. 21). Both motions include attachments and exhibits not incorporated by reference. Nevertheless, after a review of

1

the filings, the court finds that the motions do not provide any basis for rejecting the magistrate judge's finding that plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), as against persons or entities involved in his criminal conviction.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's motions, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 23, 2021, (Doc. No. 19), are adopted in full;
2. This action is dismissed, with prejudice, for failure to state a cognizable claim and as frivolous pursuant to 28 U.S.C. § 1915(e); and
3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case, terminate all pending motions, and close this case.

IT IS SO ORDERED.

Dated:   **November 1, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE